1  Adam Y. Siegel (SBN 238568)
   JACKSON LEWIS P.C.
2  725 South Figueroa Street, Suite 2500
   Los Angeles, California  90017-5408
3  Telephone:   (213) 689-0404
   Facsimile:    (213) 689-0430
4  Adam.Siegel@jacksonlewis.com

5  Nasim S. Tourkaman (SBN 300933)
   JACKSON LEWIS P.C.
6  200 Spectrum Center Drive, Suite 500
   Irvine, California 92618
7  Telephone:   (949) 885-1360
   Facsimile:    (949) 885-1380
8  Nasim.Tourkaman@jacksonlewis.com

9  Attorneys for Defendant
   TVI, INC. DBA SAVERS
10
   [Additional Counsel on a Separate Page]
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15  BRIANNA MCCLINTON,                )  CASE NO.: **5:21-cv-00323 AB (KKx)**
                                      )
16                                    )  **JOINT STIPULATION FOR**
                                      )  **DISMISSAL OF ENTIRE ACTION**
17                                    )  **WITH PREJUDICE**
                Plaintiff,            )
18                                    )  **[Fed. R. Civ. Proc., Rule 41]**
        vs.                           )
19                                    )
   TVI, INC., DBA SAVERS, DOES 1      )
20  TO 30,                            )  Complaint Filed:   November 23, 2020
                                      )
21                Defendants.         )
                                      )
22  ─────────────────────────────    )

23  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

24       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff

25  BRIANNA MCCLINTON and defendant TVI, INC., DBA SAVERS by and through

26  their counsel of record, submit this Joint Stipulation for Dismissal of Entire Action with

27  Prejudice and hereby stipulate and agree to the following:

28       Plaintiff filed her Complaint in this action on November 23, 2020.

The parties have resolved this matter and Plaintiff now agrees to dismiss the entire action, including all causes of action, against all Defendants with prejudice, based upon that agreement.

DATED: May __25__, 2021                   JACKSON LEWIS P.C.

By: _____
Adam Y. Siegel
Nasim S. Tourkaman
Attorneys for Defendant
TVI, INC., DBA SAVERS

DATED: May 25, 2021                   THE LAW OFFICES OF CHARLES P.
                                       BOYLSTON, APC

By: _____
Charles P, Boylston
Amber S. Jones
Attorneys for Plaintiff
BRIANNA MCCLINTON

1

## ADDITIONAL COUNSEL

2

3

Charles P. Boylston

Amber S. Jones

4

THE LAW OFFICES OF CHARLES P. BOYLSTON, APC

41955 Fourth Street, Suite 300

5

Temecula, CA  92590

6

Telephone:  (909) 825-9276
Facsimile:  (909) 825-9369

7

Email:  cboylston@boylstonlaw.com
        ajones@boylstonlaw.com

8

9

Attorneys for Plaintiff

BRIANNA MCCLINTON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

<u>**Brianna MCClinton  v. TVI, INC., DBA Savers**</u>
**USDC Case No:  5:21-cv-00323 AB (KKy)**

3

        I am employed in the County of Orange, State of California.  I am over the age of
4
18 and not a party to the within action; my business address is:  200 Spectrum Center
Drive, Suite 500, Irvine, California 92618.

5

        On **May 25, 2021**, I served the foregoing document(s) described as: **JOINT
6
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
AND ALL PARTIES** in this action by placing a true copy thereof in a sealed envelope
7
addressed as follows:

8

9
Charles P. Boylston                              Attorneys for Plaintiff
Amber S. Jones                                   BRIANNA MCCLINTON
10
THE LAW OFFICES OF CHARLES P.
BOYLSTON, APC
11
41955 Fourth Street, Suite 300                   Telephone:  (909) 825-9276
12
Temecula, CA  92590                              Facsimile:  (909) 825-9369

13
                                                 Email:
                                                 cboylston@boylstonlaw.com
14
                                                 ajones@boylstonlaw.com

15

16

☒      **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s)
17
        described via the United States District Court's Electronic Filing Program on the
        designated recipients via electronic transmission through the CM/ECF system on
18
        the Court's website.  The Court's CM/ECF system will generate a Notice of
        Electronic Filing (NEF) to the filing party, the assigned judge, and any registered
19
        users in the case. The NEF will constitute service of the document(s). Registration
        as a CM/ECF user constitutes consent to electronic service through the court's
20
        transmission facilities.

21

☒      **FEDERAL** - I declare under penalty of perjury under the laws of the State of
22
        California and the United States that the foregoing is true and correct, and that I am
        employed in the office of a member of the bar of this Court at whose direction the
23
        service was made.

24

        Executed **May 25, 2021** at Irvine, California. , California.
25

26

27

28
                                     _Jannette Astorga_____
                                     Jannette Astorga

4842-8264-7274, v. 2